United States District Court
Southern District of Texas
ENTERED
AUG 3 1 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 2 7 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT § <br> OF SOUTH PADRE WATERSPORTS, § <br> INC. D/B/A WATERSPORTS CENTER AS § <br> OWNER AND OPERATOR OF ONE § <br> YAMAHA WAVERUNNER, OFFICIAL § <br> TEXAS PARKS & WILDLIFE § <br> REG. NO. 3013HP FOR § <br> EXONERATION FROM OR LIMITATION § <br> OF LIABILITY § | CIVIL ACTION NO. B-96-231 <br><br> (ADMIRALTY) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Petitioner, South Padre Watersports, Inc. d/b/a Watersports Center, and the Claimant, Blanca Venegas, by and through their attorneys-of-record, having informed the Court that this matter has been compromised and settled, and the Petitioner having prayed that the cause be dismissed with prejudice as of the settlement and Claimant agreeing thereto, and the Claimant having prayed that her own cause be dismissed with prejudice, and both parties further agreeing to an order whereby costs are borne by the party incurring the same, and it appearing to the Court that the dismissal with prejudice should be made as prayed, it is therefore,

ORDERED, ADJUDGED and DECREED that this case be dismissed with prejudice as to Petitioner South Padre Watersports, Inc. d/b/a Watersports Center and as to Claimant, Blanca Venegas with costs to be borne by the party incurring the same.

It is further ORDERED, ADJUDGED and DECREED that Petitioner's Ad Interim Stipulation for value and undertaking in the principal amount of $4,519.00 dated 12 December 1996 is hereby canceled and

held for naught, pursuant to the agreement of the parties and that both principal and surety are RELEASED and DISCHARGED from all obligations thereunder.

SIGNED on the _27_ day of _August_, 1998, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
State Bar of Texas No. 00784311
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370
Attorneys for Petitioner,
SOUTH PADRE WATER SPORTS, INC.
D/B/A WATER SPORTS CENTER

**RUBAL & HAMM**

By: _____
Mark A. Rubal
State Bar No. 17360325
Robert H. Hamm
State Bar No. 08853590
4301 Yoakum
Houston, Texas 77006
Tel: (713) 521-1288
Fax: (713) 942-2161
Attorneys for Claimant,
BLANCA VENEGAS